1  DILLINGHAM & MURPHY, LLP
   WILLIAM GAUS (State Bar No. 054999)
2  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
3  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
4
   OFFICE OF THE GENERAL COUNSEL
5  SAN FRANCISCO BAY AREA
   RAPID TRANSIT DISTRICT
6  THOMAS C. LEE (State Bar No. 104624)
   300 Lakeside Drive
7  P.O. Box 12688
   Oakland, CA 94604-2688
8  Telephone: (510) 464 6034
   Facsimile:   (510) 464 6049
9
       Attorneys for Defendant SAN FRANCISCO
10     BAY AREA RAPID TRANSIT DISTRICT

11 JONATHAN H. SIEGEL (State Bar No. 78143)
   DARIA DIMITROFF (State Bar No. 191588)
12 SIEGEL & LeWITTER
   1939 Harrison Street, Suite 307
13 Oakland, California 94612
   Telephone:   (510) 452-5000
14 Facsimile:   (510) 452-5004

15     Attorneys for Plaintiffs

16
                    UNITED STATES DISTRICT COURT
17
         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
18

19 | CRIS ABEL, et al.,                          | Case No. C99-4100 TEH
20 |          Plaintiffs,                        | **STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT**
21 |     v.                                     | Date:
22 |                                             | Time:        No Appearance Required
   |                                             | Courtroom:   12
23 | SAN FRANCISCO BAY AREA RAPID                | Judge:       Hon. Thelton E. Henderson
   | TRANSIT DISTRICT,
24 |
   |          Defendant.
25

26     The parties have met and conferred and have reached agreement on the payment of all

27 persons judged by the Court to be non-exempt. The persons judged by the Court to be non-

28 exempt employees, based on their job duties, have been reclassified. The parties have further

Page 1 – Case No. C99-4100 TEH
Stipulation And Proposed Order With Respect To Judgment

reached agreement on the payment of attorneys' fees and costs. The parties further agree that all amounts owing under these agreements have been paid in full.

Accordingly, the parties request that the Court enter judgment in accordance with the Court's previous rulings and orders, and the agreements and stipulations of the parties:

That the following employees are non-exempt based on their job duties under the prior rulings of the Court.

Senior Financial Analyst
- Gloria Cahiles
- Lars Czujko
- Jean Hamilton
- Frank Kahren
- Carol Nusslien
- Linda On
- Fred Irvin

Senior Operations Supervisor--Transportation
- Ann Marie Matthews
- Alan Quintana
- Alejandro Serrano
- Roy Ellis Sipp
- Shirley Wong
- Annette Young-Taw
- Pam Kessinger
- Donna Johnson

Operations Supervisor—Operations Liaison
- Ross Barber
- Loren Seward
- Karen Goetz

Senior Operations Supervisor—Operations Liaison
- Charles Brown
- Karen Goetz

Operations Supervisor—Transportation
- Craig Anderson
- Fred Braese
- Marie Castillo
- Heather Hawkins
- David Hood
- Diease Evans
- Johnnie Evans
- Ruth Jones
- Robin Jordan
- Stephen Markowitz
- Wanda McPherson
- Alejandro Serrano
- Andrew Torrez
- Nora Yee

Section Manager—Power and Mechanical Maintenance
    Wiley Cumming

Train Controllers
    Paula Fraser
    Pamela Kessinger
    Donna Klein
    Wanda O'Toole
    Roy Aguilera
    Bridgette Brown
    Millicent Jackson
    Alison Browder
    Robert Olliver
    Thomas Graf
    Brian Roelands
    Frederick Edwards
    Alan Weinberg

Power and Way Controllers
    Chris Abel
    Daryl Antilla
    Willie Young
    Pamela Moffett
    James Freeman

Central Maintenance Supervisors
    Thomas Harkness
    George Ross
    Randall Kunes
    Bernard Norman
    Brent Surfield
    Larry Schwann

Database administrator
    Elizabeth Brazil

Senior Inventory Analyst
    Anthony Aflaque

Treasury Analyst
    Rosemary Poblete

No further relief is ordered, based on the agreement of the parties that the appropriate reclassifications have taken place and all appropriate back pay, attorneys' fees and costs have been paid in full.

///

///

All other claims are dismissed with prejudice, based on the prior rulings of the Court.

IT IS HEREBY STIPULATED.

Dated: June 4, 2007    DILLINGHAM & MURPHY, LLP


By: ___s/ William Guas_____
William Gaus
Attorneys for Defendant

Dated: June 1, 2007    SIEGEL & LeWITTER


By: ___s/ Jonathan H. Siegel_____
Jonathan H. Siegel
Daria Dimitroff
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: ___06/13/07_____

_____
Hon. Thelton E. Henderson
United States District Court Judge